UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| JOHNNY FINLEY, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 3:13 CV 1391 |
| ZIMMER, INC., *et al.*, | ) |  |
| Defendants. | ) |  |

## O R D E R

On January 6, 2015, Magistrate Judge Christopher Nuechterlein issued an order recommending that this court dismiss this case without prejudice. (DE # 27.) In his report, Magistrate Judge Nuechterlein informed the parties that any objections to the recommended finding must be made within 14 days after being served with a copy of the report. (DE # 27 at 2.) That time has passed, and no objections have been filed. Therefore, the court **ACCEPTS and ADOPTS** Magistrate Judge Nuechterlein's report and recommendation (DE # 27) and this case is **DISMISSED** without prejudice.

**SO ORDERED.**

Date: April 8, 2015

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT